474 A.2d 687

Commonwealth v. Davis, Appellant.

Submitted January 20, 1984. Ferris Peter Webby, Assistant Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.